# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

ASHLAND INC., d/b/a VALVOLINE,
and ASHLAND LICENSING AND
INTELLECTUAL PROPERTY LLC,

           Plaintiffs,

v.                                   CIVIL ACTION NO.   3:13-21768

JEFF RANDOLPH d/b/a KWIK LUBE,

           Defendant.

## JUDGMENT ORDER

      In accordance with the accompanying memorandum opinion and order, the Court **ORDERS** that judgment is hereby entered in favor of Plaintiffs and that this case be dismissed and stricken from the docket of this Court. Plaintiffs' Motion for Entry of Judgment and Permanent Injunction Order (ECF No. 11) is **GRANTED in part** and **DENIED in part**, as specified in the accompanying memorandum opinion and order.

      The Court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and any unrepresented parties.

                                ENTER:      October 24, 2013

                                  ROBERT C. CHAMBERS, CHIEF JUDGE